AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:21-MJ-5123-MAS | Date and time warrant executed: 3/30/21 9:50 AM | Copy of warrant and inventory left with: Storage Mart Staff |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: Approximately 300 g of Suspected fentanyl | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/30/21

TFO _____
Executing officer's signature

TFO Thomas Clements
Printed name and title